IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL ACTION NO. |
| DESHALON FLOURNOY, | : 1:15-CR-005-SCJ-JSA |
| | : |
| Defendant. | : |
| | : |

## ORDER

This matter appears before the Court on Defendant's unopposed Motion to Stay the proceedings in the above-styled action. Doc. No. [52]. The Court held a hearing on September 12, 2016, and spoke with Defendant *ex parte* to assure that he had discussed the issue with his attorney and understood the effect of a stay. Defendant assured the Court that he understood the legal consequences of a stay on the exclusion of time, and that he understood that the stay will be of an indefinite duration. Thus, Defendant's Motion for a Stay (Doc. No. [52]) is **GRANTED**, and the time will be **EXCLUDED** for the purposes of the Speedy Trial Act.

IT IS SO ORDERED, this 12th day of September, 2016.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)