FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

*TELEPHONE*
404 688-7530
800 688-7538
FAX    404 688-0768

March 30, 2018

**Via ECF**

Courtroom Deputies
United States District Court
75 Spring Street, SW
Atlanta, GA 30303

Re:    United States v. Lewis Mobely, 1:16-cr-145
United States v. Deshalon Flournoy, 1:15-cr-005-SCJ-JSA;
United States v. Titus Bates, 1:13-cr-501-ELR-JFK;
United States v. Juan Robinson, 1:14-cr-151-WSD-JSA;
United States v. Michael Kell, 1:16-cr-121-ELR-AJB;
United States v. David Harrison, 1:15-cr-385; 1:15-cr-396;
United States v. Giovanni Orozco Ramirez, 1:17-cr-185-LMM-AJB;
United States v. Jayro Arias-Mejia, 1:15-cr-313-LMM-RGV;
United States v. Anthony Oloko, 1:17-cr-330-MHC-JFK;
United States v. Marlon Pittman, 1:17-cr-274-AT-AJB;
United States v. Eder Dimas-Maldonado, 1:17-cr-338-WSD-JSA;
United States v. Brandon Baldwin, 1:17-cr-276-ELR-JFK;
United States v. Tomeka Howard, 1:17-cr-386-SCJ-RGV.

Dear Courtroom Deputies:

This letter is to notify the Court pursuant LcrR 57.1E(4), NDGa, that I will be out of the office for the following dates:

**May 4, 2018**
**May 10-11, 2018**
**May 23-26, 2018**

I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Respectfully submitted,

*s/ Mildred Geckler Dunn*
Mildred Geckler Dunn, Esq.

cc:  AUSA  (ECF)